**STATE OF FLORIDA, Appellant,**

v.

**Charles E. HORNER, Appellee.**

**No. 25576.**

United States Court of Appeals
Fifth Circuit.

Aug. 8, 1968.

George R. Georgieff, David U. Tumin,
Asst. Attys. Gen., Tallahassee, Fla.,
Barry N. Semet, Miami, Fla., for appellant.

John D. Corse, Jacksonville, Fla., for
appellee.

Before WISDOM and COLEMAN,
Circuit Judges, and BOYLE, District
Judge.

PER CURIAM:

The appellee, Charles E. Horner, was
convicted of extortion and sentenced to
imprisonment for ten years. The Florida District Court of Appeal affirmed,
149 So.2d 863. Both the Supreme Court
of Florida, 162 So.2d 904, and the Supreme Court of the United States, 377
U.S. 268, 84 S.Ct. 1348, 12 L.Ed.2d 305,
denied review. Numerous efforts for
post conviction relief culminated in an
evidentiary hearing on a petition for
habeas corpus in the District Court for
the Middle District of Florida. The
Court there found and held that the
record as a whole "overwhelmingly
show[s] that Petitioner was deprived of
the fair and impartial trial required by
due process of law". Florida appeals.
Again viewing the totality of the record,
including all component issues, factual
and legal, we are not persuaded that
the District Judge was in error.

The Judgment, therefore is
Affirmed.